## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **WEBER MARINE, L.L.C.** | * | **CASE NO. 3:22-cv-000010-BAJ-RLB** |
| | * | |
| **VERSUS** | * | **JUDGE BRIAN JACKSON** |
| | * | |
| **EDWIN BELIN** | * | **MAGISTRATE JUDGE RICHARD L. BOURGEOUIS, JR.** |

**\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\***

## **SECOND AMENDED COUNTERCLAIM**

NOW INTO COURT, through undersigned counsel, comes Plaintiff in Counterclaim, Edwin Belin, who brings his Second Amended Counterclaim against Weber Marine, L.L.C. and respectfully represents the following, to-wit:

I.

Plaintiff in Counterclaim brings this action pursuant to Title 46 U.S.C. § 30104, *et seq.*, the Jones Act, and pursuant to the General Maritime Laws of the United States. As such, pursuant to Title 28 U.S.C. § 1916, Plaintiff in Counterclaim is entitled to bring this action without the necessity of pre-payment of costs, fees, or the posting of security. Plaintiff in Counterclaim designates this matter as an admiralty and maritime claim pursuant to Rule 9(h) of the Federal Rules of Civil Procedure.

II.

Made Defendant in Counterclaim herein is Weber Marine, L.L.C., upon information and belief, a limited liability company authorized to conduct business within the State of Louisiana,

who at all times pertinent hereto was qualified to do and doing business within the jurisdiction of this Honorable Court and the State of Louisiana.

III.

On or about September 30, 2021, Plaintiff in Counterclaim, Edwin Belin, was employed by Defendant in Counterclaim, Weber Marine, L.L.C., as a boat captain and was working aboard a crane barge, Crane Barge 360, which was owned, operated, and/or controlled by Weber Marine, L.L.C. while the same was afloat on navigable waters within the jurisdiction of this Honorable Court and was working alongside Barge 45201, which, upon information and belief, was operated, controlled and/or owned *Pro Hac Vice* by Weber Marine, L.L.C.

IV.

On or about September 30, 2021, Plaintiff in Counterclaim, Edwin Belin, sustained serious injury to his mind and body, including, but not limited to, his neck, back, and shoulder, when he fell while attaching a chain to the crane bucket aboard Crane Barge 360 and/or Barge 45201, while within the course and scope of his employment as a seaman and member of the crew of the said vessel and/or tow.

V.

Plaintiff in Counterclaim, Edwin Belin, was injured solely through the negligence, fault, or inattention of duties by the Defendant in Counterclaim, Weber Marine, L.L.C., their agents and/or employees in one or more of the following non-exclusive particulars, to-wit:

   a.    failing to provide Edwin Belin with a safe place to work;
   b.    failing to keep the vessels' machinery, appurtenances, and equipment in safe and
         proper working order during operations;

    c.    failing to adequately inspect its vessel(s) and tow and keeping them in a safe and operable condition;

    d.    failing to provide adequate training and supervision;

    e.    failing to provide an adequate, qualified, and competent crew; and

    f.    all other negligent acts and/or omissions to be shown at the trial of this action.

## VI.

Edwin Belin's injuries were further caused, contributed to, and/or worsened by the existence of one or more of the following unseaworthy conditions on board the Crane Barge 360 and/or Barge 45201, which rendered the said vessels unfit for their intended purposes on the date of said accident:

    a.    the vessel(s) and tow were unsafe for the performance of the operation in question;

    b.    the vessels' equipment and appurtenances were inadequate and/or in state of disrepair such that it was not fit for use; and

    c.    the barge covers aboard the ART 45201 had inadequate non-skid and/or no slip resistant material; and

    d.    other unseaworthy conditions to be determined at the trial of this action.

## VII.

As a result of the above and foregoing negligent acts and/or omissions and unseaworthy conditions, Plaintiff in Counterclaim, Edwin Belin, suffered severe and disabling physical and mental injuries and seeks monetary damages for the following, to-wit:

    a.    Past and future loss of wages;

    b.    Impairment of future earning capacity;

    c.      Physical pain and suffering;

    d.      Mental and emotional pain and suffering;

    e.      Past and future medical expenses;

    f.      Loss of enjoyment of life; and

    g.      Additional damages to be shown at the trial of this action.

VIII.

Plaintiff in Counterclaim, Edwin Belin, is further entitled to maintenance and cure benefits from the above Defendant in Counterclaim until such time as he reaches maximum medical cure and is further entitled to compensatory damages, punitive damages, and attorney's fees and costs in the event that the Defendant in Counterclaim unreasonably refused to pay maintenance and cure benefits.

**WHEREFORE**, Edwin Belin further prays that Defendant in Counterclaim, Weber Marine, L.L.C., be duly cited to appear and answer within the time as prescribed by law, and that after due proceedings are had, that there be judgment herein on the Counterclaim in favor of Edwin Belin, and against Weber Marine, L.L.C. for damages and for all other general and equitable relief for which he may be entitled.

                                            Respectfully submitted,

                                            */s/ Hugh P. Lambert*
                                            Hugh P. Lambert, T.A. (LA Bar #7933)
                                            J. Christopher Zainey, Jr., Esq. (LA Bar #32022)
                                            Jacki L. Smith, Esq. (LA Bar # 34769)
                                            Brian J. Mersman, Esq. (LA Bar #38624)
                                            LAMBERT, ZAINEY, SMITH & SOSO, PLC
                                            701 Magazine St.
                                            New Orleans, LA 70130
                                            Telephone: (504) 581-1750
                                            Facsimile: (504) 529-2931
                                            hlambert@lambertzainey.com
                                            czainey@lambertzainey.com

jsmith@lambertzainey.com
bmersman@lambertzainey.com

and

*/s/ Randal L. Gaines*
Randal L. Gaines (LA Bar #17576)
7 Turnberry Drive
Laplace, LA 70068
Telephone: (225) 647-3383
Facsimile: (504) 487-9904

*Counsel for Plaintiff in Counterclaim, Edwin Belin*

### CERTIFICATE OF SERVICE

I hereby certify that on May 15, 2023, the foregoing pleading was filed electronically with the Clerk of Court using the CM/ECF system, and notice of this filing will be sent to all counsel of record registered to receive electronic service by operation of the Court's electronic filing system. Additionally, on same date, a copy of the foregoing pleading was served on all counsel of record via electronic mail and/or facsimile.

*/s/ Hugh P. Lambert*
**HUGH P. LAMBERT, T.A. (LA Bar #7933)**

5