MIDDLE DISTRICT OF LOUISIANA

**WEBER MARINE, LLC**                              **CIVIL ACTION**

**VERSUS**

**EDWIN BELIN**                                    **NO. 22-00010-BAJ-RLB**

<u>**AMENDED JUDGMENT**</u>

**IT IS ORDERED** that this Court's January 30, 2024 **Judgment (Doc. 52)** be and is hereby **VACATED** and **STRICKEN**.

Considering the **Motion To Dismiss With Prejudice (Doc. 50)** and the **Stipulation Of Dismissal (Doc. 51)**, which represent that all claims between Defendant and Counter Claim Plaintiff Edwin Belin and Plaintiff and Counter Claim Defendant Weber Marine LLC have been settled, and which the Court construes as stipulations of dismissal that dismiss the claims between Edwin Belin and Weber Marine LLC with prejudice, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii),

**IT IS ORDERED, ADJUDGED, AND DECREED** that the claims between Defendant and Counter Claim Plaintiff Edwin Belin and Plaintiff and Counter Claim Defendant Weber Marine L.L.C. be and are hereby **DISMISSED WITH PREJUDICE**, each party to bear its own costs.

Considering the **Motion To Dismiss With Prejudice (Doc. 54)**, which represents that Defendant and Counter Claim Plaintiff Edwin Belin has resolved his claims against Third-Party Defendant American River Transportation Co., LLC, and which the Court construes as a stipulation of dismissal that dismisses Belin's claims against American River Transportation Co., LLC with prejudice, pursuant to Fed. R.

jury

Civ. P. 41(a)(1)(A)(ii),

**IT IS ORDERED, ADJUDGED, AND DECREED** that Defendant and Counter Claim Plaintiff Edwin Belin's claims against Third-Party Defendant American River Transportation Co., LLC be and are hereby **DISMISSED WITH PREJUDICE**, each party to bear its own respective costs.

Baton Rouge, Louisiana, this 1st day of February, 2024

_____
**JUDGE BRIAN A. JACKSON
UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA**